IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FELICIA PHILLIPS                                                                                    PLAINTIFF

vs.                                        NO: 2:08CV00043 BSM

ARKANSAS DEPARTMENT
OF CORRECTION                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order of this date, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS SO ORDERED this 23rd day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE